Jennifer L. Crow, OSB No. 105601
Scheer.Law PLLC
715 SW Morrison Street, Suite 912
Portland, Oregon 97205
Phone: (503) 446-1767
Fax: (206) 490-0866
jen@scheer.law

Attorney for Plaintiff National Interstate Insurance Co.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL INTERSTATE INSURANCE CO., a foreign corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>DASH DELIVERY, INC.; THE HARTFORD INSURANCE, a foreign corporation,<br><br>                    Defendants. | CASE NO. 3:23-cv-01816-SB<br><br>**NOTICE OF DISMISSAL** |

    Plaintiff National Interstate Ins. Co. ("National Interstate), pursuant to FRCP 41(a), dismisses this action in its entirety, with prejudice.

/ / /

/ / /

1   DATED this 12th day of June 2024.

2

3                                       SCHEER.LAW PLLC

4

5                                       */s/ Jennifer L. Crow*
                                        Jennifer L. Crow, OSB No. 105601
6                                       jen@scheer.law
                                        Attorney for Plaintiff National Interstate
7                                       Insurance Co.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**NOTICE OF DISMISSAL** – PAGE 2                                        **SCHEER.LAW PLLC**
                                                                 715 SW MORRISON ST., SUITE 912
                                                                        PORTLAND, OR 97205
                                                                         P: (206) 800-4070